Bertha E. Nahe, Individually and as Administratrix with the Will Annexed, etc., of Louise E. Nahe, Deceased, Respondent, v. Henry J. Bauer and Katie Gampert, Defendants, Impleaded with Clark D. Rhinehart, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the authority of *Nahe* v. *Bauer, No. 1 (ante,* p. 373), decided herewith. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. Catherine M. Lally and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Pauline Nicoll, Respondent, v. Samuel Deitchman, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, for the error in excluding proof that the note in suit was paid by payment to creditors. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Maurice J. O'Connell, Respondent, v. Thomas Murray, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Patrick W. O'Dwyer, Respondent, v. Max Schosberg and Walter O. Gutlohn, Partners, Comprising the Firm of Gutlohn Fur Company, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, for the error of admitting evidence of the amount of sales in another store. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Irving Ostergren, Respondent, v. Samuel M. Retzer, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Lizzie M. Peck, Respondent, v. Michael Normoyle, Appellant, Impleaded with Fannie Hirschowitz and Others, Defendants.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Hyman Perlstein, Respondent, v. Henry L. Levy, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.